```
                                                            O

                                                       JS - 6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE GOOD, | Case No. CV 11-06235 DDP (AJWx) |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AND DISMISSING CASE** |
| JACQUELINE F. ARRINGTON, CHANDAR PANDEY, | |
| Defendants. | [Motion filed on 7/28/11] |

Presently before the court is Plaintiff Robert Lee Good's Motion for Preliminary and Permanent Injunction. (Dkt. No. 3). Plaintiff's complaint asserts several causes of action against Defendants under the California Civil Code and California Family Code.[1]

Plaintiff asserts that this court has jurisdiction over this "Diversity Complaint" under 28 U.S.C. 1332. Under 28 U.S.C. 1332, this court has diversity jurisdiction over certain civil actions between citizens of <u>different</u> states. 28 U.S.C. § 1332(a)(1). Plaintiff's complaint, however, alleges that "the citizens are of

---

[1] Though Plaintiff's Sixth Cause of Action makes reference to the 14th Amendment (Complaint at 14), the Sixth Cause of Action cites, and appears to be based upon, California Family Code § 2122.

the same state." Further examination of Plaintiff's complaint indicates that Plaintiff and all defendants are citizens of California.

Accordingly, this court lacks jurisdiction over Plaintiff's complaint. Plaintiff's Motion for Preliminary and Permanent injunction is therefore DENIED. Plaintiff's complaint is DISMISSED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: July 29, 2011

DEAN D. PREGERSON
United States District Judge